IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN KEOVILLAYPHONE,** | CIV S-07-0481-FCD-CMK-P |
| Petitioner, | **ORDER** |
| v. | |
| **WARDEN OF NORTH KERN STATE PRISON, et al.,** | |
| Respondents. | |

Respondent has requested a thirty-day extension of time in which to file a response to the petition for writ of habeas corpus filed by Petitioner. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including June 22, 2007, in which to file a response to the petition for writ of habeas corpus.

May 24, 2007

                    /s/   **CRAIG M. KELLISON**
                    Craig M. Kellison
                    UNITED STATES MAGISTRATE JUDGE

07cv0481 -- Order granting extension of time.wpd
SA2007301516

Order

1