IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN KEOVILLAYPHONE,** | CIV S-07-0481-FCD-CMK-P |
| Petitioner, | **ORDER ON RESPONDENT'S SECOND REQUEST FOR ENLARGEMENT OF TIME** |
| v. | |
| **WARDEN OF NORTH KERN STATE PRISON, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING,

IT IS ORDERED that Respondent's application for a second enlargement of time is hereby granted. A responsive pleading to the petition for writ of habeas corpus shall be filed on or before July 23, 2007.

June 26, 2007

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE