IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KEOVILLAYPHONE, | No. CIV S-07-0481-FCD-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| WARDEN OF NORTH KERN STATE PRISON, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding with retained counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On March 27, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 27, 2008, are adopted in full;

2. Petitioner's petition for a writ of habeas corpus (Docs. 1 and 2) is denied; and

3. The Clerk of the Court is directed to enter judgment and close this file.

DATED: May 5, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE